# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

MICHAEL D. SPOTTEN O/B/O ANGELA )
V. SPOTTEN (Deceased), )
                                Plaintiff, )
                                v. )     No. 12-81-FHS-KEW
CAROLYN W. COLVIN, )
Acting Commissioner of the )
Social Security Administration,[1] )
Defendant. )

## ORDER

On March 12, 2013, the United States Magistrate Judge for this District filed Findings and Recommendations in this case. On March 25, 2013, the plaintiff filed an objection to those findings. The court has reviewed that objection and overrules it.

This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Secretary's decision be **sustained**. As a result, Plaintiff's exceptions or objections to those Findings and Recommendations are without merit and are **denied**.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be **SUSTAINED** and adopted by

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. In accordance with Fed. R. Civ. P. 25(d), Ms. Colvin is substituted for Michael J. Astrue as the Defendant in this action.

this Court as this Court's Findings and Order.

IT IS SO ORDERED this 26th day of March, 2013.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma